IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01231-CMA-KMT


PHILADELPHIA INDEMNITY INSURANCE COMPANY,

     Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

     Defendant.

_____

## <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S STATEMENT REGARDING SUBJECT MATTER JURISDICTION

_____

     Undersigned counsel for Plaintiff, Philadelphia Indemnity Insurance Company ("PIIC"), Lambdin & Chaney, LLP, hereby respectfully moves for leave to file a Reply to the Defendant the United States Olympic Committee's Statement Regarding Subject Matter Jurisdiction [ECF 56] and in support therefore states as follows:

     1.    Prior to filing the instant motion, pursuant to D.C.COLO.LCivR 7.1, the undersigned conferred with Jose Ramirez and Catherine Crane, counsel for Defendant, United States Olympic Committee, who advised that the Defendant does not oppose the relief requested in this Motion.

     2.    On December 13, 2019, the Court entered a Show Cause Order, directing the PIIC to show cause why this action should not be dismissed for lack of subject matter

jurisdiction by January 3, 2020.  [ECF 51].  The Order further allowed the USOC to file a reply by January 17, 2020 but allowed no further briefing without the Court's permission.

3.      PIIC filed its Response to the Order to Show Cause on January 3, 2020 [ECF 55] and the USOC filed a Statement Regarding Subject Matter Jurisdiction on January 17, 2020. [ECF 56].

4.      The USOC raised a myriad of issues and cited numerous cases in its Statement Regarding Subject Matter Jurisdiction.  In addition, the USOC attached a four-page declaration to support its position.

5.      Due to the complexity of the issues and the severe consequence of a dismissal if the Court rules in the USOC's favor, PIIC respectfully requests leave to file a Reply. PIIC should also be permitted to respond to the USOC's overly-broad characterization of some of the authority it cited in support of its arguments.

6.      Attached to this Motion is PIIC's Reply to the USOC's Statement Regarding Subject Matter Jurisdiction.

7.      In the event the Court grants this Motion, PIIC respectfully requests that the Court deem the attached Reply filed.

WHEREFORE, Philadelphia Indemnity Insurance Company, respectfully requests this Court grant it leave to file its Reply to the Defendant United States Olympic Committee's Statement Regarding Jurisdiction.

DATED this 24th day of January, 2020.

_s/  L. Kathleen Chaney_
L. Kathleen Chaney, Esq.
Melissa A. Wiese, Esq.
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; mwiese@lclaw.net
_Attorneys for Plaintiff Philadelphia Indemnity Insurance Company_

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2020, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S STATEMENT REGARDING SUBJECT MATTER JURISDICTION** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jose A. Ramirez, Esq.: jramirez@hollandhart.com
Catherine C. Crane, Esq.: ccrane@hollandhart.com
Shawn A. Eady, Esq.: saeady@hollandhart.com

Reynold L. Siemens - rsiemens@cov.com
Jeffrey A. Kiburtz - jkiburtz@cov.com
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067

*Attorneys for Defendant United States Olympic Committee*

<div style="margin-left:auto">

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*s/ L. Kathleen Chaney*
L. Kathleen Chaney, Esq.
Melissa A. Wiese, Esq.
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; mwiese@lclaw.net
*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

</div>